JOHN P. KRISTENSEN (SBN 224132)
DAVID L. WEISBERG (SBN 211675)
MATTHEW T. HALE (SBN 303826)
**KRISTENSEN WEISBERG, LLP**
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025
Telephone: 310-507-7924
Fax: 310-507-7906
*john@kristensenlaw.com*
*david@kristensenlaw.com*
*matt@kristensenlaw.com*

*Attorneys for Plaintiff and all others similarly situated*

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| LYNNE HOLLEY, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>MAC PROS SALES AND INSTALLATION, INC. dba MACPRO, INC., and DOES 1 through 20, inclusive, and each of them,<br><br>      Defendants. | Case No. 8:15-cv-01610-AG-DFM<br><br>**NOTICE OF SETTLEMENT OF CASE**<br><br>Complaint Filed: October 7, 2015 |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Plaintiff LYNNE HOLLEY, hereby gives notice that this case has been settled. The settlement is conditional and based upon the execution of the settlement agreement and other acts. A Notice of Voluntary Dismissal with Prejudice as to Plaintiff LYNNE HOLLEY's individual claims, and Without Prejudice as to the Putative Class Claims, will be filed within 45 days, or otherwise at such further time as may be ordered by this Court.

The initial pleading in the action was filed in the United States District Court for the Central District of California on or about October 7, 2015.

Dated: June 3, 2016         Respectfully submitted,

By: */s/ John P. Kristensen*

John P. Kristensen (SBN 224132)
*john@kristensenlaw.com*
David L. Weisberg (SBN 211675)
*david@kristensenlaw.com*
Matthew T. Hale (SBN 303826)
*matt@kristensenlaw.com*
**KRISTENSEN WEISBERG, LLP**
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025
Telephone: (310) 507-7924
Fax: (310) 507-7906

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Kristensen Weisberg, LLP, 12304 Santa Monica Boulevard, Suite 100, Los Angeles, California 90025. The foregoing document was served via ECF on all parties and their attorneys of record in case number 8:15-cv-01610-AG-DFM entitled LYNNE HOLLEY, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED V. MAC PROS SALES AND INSTALLATION, INC. DBA MACPRO, INC., ET AL.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on June 3, 2016.

*/s/ Jacqueline Asadsangabi*
Jacqueline Asadsangabi